UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Natural Products Association,<br><br>                              Plaintiff,<br><br>     v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>                              Defendants. | No. 1:24-cv-02479-PLF |

**JOINT MOTION FOR STAY OF PROCEEDINGS**

Pursuant to Federal Rule of Civil Procedure 7(b), Plaintiff Natural Products Association (NPA) and Defendants[1] respectfully move for an Order: (1) staying all proceedings in this matter until Defendants answer NPA's pending Citizen Petition (which Defendants expect to occur no later than July 31, 2025); (2) deferring all applicable deadlines in this action pending further order of the Court; and (3) requiring the parties to file a joint status report proposing next steps in the litigation within 14 days of Defendants' response to NPA's Citizen Petition. For the reasons discussed below, this stay will conserve the resources of the Court and the parties.

This case concerns whether beta-nicotinamide mononucleotide, or "NMN," is excluded from the definition of "dietary supplement" under section 201(ff)(3)(B)(ii) of

---

[1] Defendants are the United States Food and Drug Administration (FDA); Robert M. Califf, in his official capacity as Commissioner of Food and Drugs; the Department of Health and Human Services (HHS); and Xavier Becerra, in his official capacity as Secretary of HHS.

the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 321(ff)(3)(B)(ii). NPA alleges that FDA has made a "decision to exclude NMN from the definition of a dietary supplement." ECF No. 1 (Compl.) ¶ 180. Defendants' response to the Complaint is currently due December 12, 2024.

NPA submitted a Citizen Petition regarding NMN to FDA on March 9, 2023. *Id.* ¶ 22. The Petition requests, among other relief, that FDA "reverse its . . . position that NMN is excluded from the definition of a dietary supplement under Section 201(ff)(3)(B)(ii) of the Act." Compl., Ex. E, at 11.

FDA is presently evaluating NPA's Citizen Petition. FDA has represented to NPA that the agency believes the Complaint includes arguments beyond those asserted in the Citizen Petition, but that if NPA promptly supplements its Citizen Petition to include those additional arguments, FDA will consider them as part of its evaluation of the Citizen Petition. FDA also has represented that, barring unforeseen circumstances or receipt of substantial comments late in the agency's review, the agency expects to answer the Citizen Petition by July 31, 2025. FDA has further represented to NPA that, while it considers the arguments raised in the Citizen Petition, the agency does not intend to prioritize enforcement action related to the sale and distribution of NMN-containing products that are labeled as dietary supplements, provided that they would be lawfully marketed dietary supplements if NMN is not excluded from the definition of "dietary supplement"; however, if FDA becomes aware of new safety concerns, the agency would need to reevaluate its enforcement priorities.

The parties request a stay of the proceedings because they believe that FDA's response to the Citizen Petition may make it possible to resolve this case without further litigation or, at a minimum, narrow the issues for the Court's consideration. A stay of proceedings in this matter until FDA answers the Citizen Petition thus will conserve the time and resources of the Court and the parties.

For these reasons, the parties respectfully request that the Court grant this motion and enter an order: (1) staying all proceedings in this matter; (2) deferring all applicable deadlines in this action pending further order of the Court; and (3) requiring the parties to submit a joint status report proposing next steps in the litigation within 14 days of Defendants' answer to NPA's Citizen Petition.

| | |
|---|---|
| October 24, 2024 | Respectfully submitted, |
| OF COUNSEL: | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| SAMUEL R. BAGENSTOS<br>General Counsel<br>U.S. Department of Health and Human Services | BURDEN H. WALKER<br>Acting Deputy Assistant Attorney General |
| MARK RAZA<br>Chief Counsel | AMANDA N. LISKAMM<br>Director |
| WENDY VICENTE<br>Deputy Chief Counsel, Litigation | LISA K. HSIAO<br>Senior Deputy Director |
| PAIGE TAYLOR<br>Senior Counsel<br>Office of the Chief Counsel<br>U.S. Food and Drug Administration<br>10903 New Hampshire Avenue<br>White Oak Bldg. 32 Rm. 4380<br>Silver Spring, MD  20993-0002 | HILARY K. PERKINS<br>Assistant Director<br><br>*/s/ David H. Hixson*<br>DAVID H. HIXSON<br>Trial Attorney<br>Consumer Protection Branch |

Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 449-8070
(202) 514-8742 (fax)
david.h.hixson@usdoj.gov

*Counsel for Defendants*


*/Jeremy Ritter-Wiseman/*
Jeremy Ritter-Wiseman (Bar No. 90020480)
Matthew D. Zapadka (*pro hac vice forthcoming*)
Kevin M. Bell (*pro hac vice forthcoming*)
Andrew K. Beverina (Bar No. 464897)
April Meeks (*pro hac vice forthcoming*)
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
Tel: (202) 677-4930
Email: jeremy.ritter-wiseman@agg.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

Dated: October 24, 2024                              */s/ David H. Hixson*
                                                                         DAVID H. HIXSON