UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Natural Products Association,<br><br>                          Plaintiff,<br><br>    v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>                          Defendants. | No. 1:24-cv-02479-PLF |

## [PROPOSED] ORDER STAYING PROCEEDINGS

Upon consideration of the parties' Joint Motion for Stay of Proceedings, and finding that judicial economy would be best served by staying this matter, the motion is hereby GRANTED. Accordingly, it is ORDERED that:

1. All proceedings in this matter are stayed until Defendants answer NPA's pending Citizen Petition;

2. All applicable deadlines in this action are deferred pending further order of the Court; and

3. Within 14 days after Defendants answer NPA's pending Citizen Petition, the parties shall submit a joint status report, proposing next steps in the litigation.

Dated: _____        _____
                                                                    Paul L. Friedman
                                                                    United States District Judge